United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUNEZ, Emmanuel & Arleen, individuals,

          Plaintiffs,

  v.

BANK OF AMERICA, N.A., et al.,

          Defendants

_____/

No. C-11-0081 MMC

**ORDER CONTINUING APRIL 8, 2011
CASE MANAGEMENT CONFERENCE
TO JUNE 10, 2011**

On March 22, 2011, the Court granted defendant's motion to dismiss, with leave to amend by April 12, 2011.  Now before the Court is the parties' Joint Stipulation, filed April 1, 2011, to continue the presently scheduled Case Management Conference for 60 days.[1] Good cause appearing, the April 8, 2011 Case Management Conference is hereby CONTINUED to June 10, 2011.  A joint case management statement shall be filed no later than June 3, 2011.

    **IT IS SO ORDERED.**

Dated:  April 4, 2011

                            MAXINE M. CHESNEY
                            United States District Judge

---

[1]  The parties are reminded of their obligation to comply with the local rules of this District and the Court's standing order that "each motion must be accompanied by a proposed order."  See Civil L.R. 7-2(c); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 4.