IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUNEZ, EMMANUEL & ARLEEN,

        Plaintiffs,

  v.

BANK OF AMERICA, N.A., et al.,

        Defendants.
                                      /

No. CV-11-0081 MMC

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Bank of America's motion to dismiss plaintiffs' Second Amended Complaint is hereby GRANTED.

Dated: June 2, 2011

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk